

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Sean A. Malley
212.583.2691 direct
212.583.9600 main
smalley@littler.com

October 23, 2018

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Al-Martin,* et al. *v. Luxe Valet, Inc.*
      17-cv-6286 (ER)

Dear Judge Ramos:

We represent Defendant in the above-referenced matter. In accordance with your directive at the final approval hearing, we enclose hereto a copy of the full settlement Agreement, including all individual Plaintiff releases – both original and revised.

We thank the Court for its attention to this matter.

Sincerely,

*/s Sean A. Malley*

Sean A. Malley


cc:   All counsel of record via ECF