USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/31/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUDAN AL-MARTIN and ANDRES PEREZ, on behalf of themselves and others similarly situated;<br><br>Plaintiffs,<br><br>-against-<br><br>LUXE VALET INC.,<br><br>Defendant. | No. 1:17-cv-6286 (ER) |

### ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS, APPROVAL OF THE SERVICE FEES FOR THE CLASS REPRESENTATIVES, APPROVAL OF THE SETTLEMENT ADMINISTRATOR FEES, AND APPROVAL OF THE ATTORNEY'S FEES AND COSTS OF CLASS COUNSEL

The above-captioned matter came before the Court on Plaintiffs' Motion for Final Approval of the Class Settlement, Approval of the Service Fees for the Class Representatives, Approval of the Settlement Administrator Fees, and Approval of Class Counsel's Attorney's Fees and Costs ("Motion for Final Approval").

## I.   Preliminary Approval of Settlement

1.      Based upon the Court's review of the Declaration of Matthew J. Blit, and all other papers submitted in connection with Plaintiffs' Motion for Final Approval of the Class Settlement, Approval of the Service Fees for the Class Representatives, Approval of the Settlement Administrator Fees, and Approval of Class Counsel's Attorney's Fees and Costs, the Court grants the Court grants final certification of the Class, grants final approval of the class and collective action settlement, grants approval of the service fees

for the class representatives, grants approval of the settlement administrator fees, and grants approval of Class Counsel's attorney's fees and costs.

2. The Court directs the Settlement Administrator to distribute the fees and class member recoveries pursuant to the Settlement Agreement in this Action.

3. The Court dismisses the instant action, Case No. 1:17-cv-6286, and all claims brought therein, with prejudice, and directs the Clerk of Court to close the case.

It is so ORDERED this 31st day of October, 2018

Honorable Edgardo Ramos
United States District Judge